JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY FABRICANT,<br><br>    Plaintiff,<br><br>v.<br><br>PARAMOUNT HOLDING COMPANY LLC D/B/A PARAMOUNT PAYMENT SYSTEMS LLC,<br><br>    Defendant. | Case No. CV 19-3148 FMO (SKx)<br><br>**ORDER DISMISSING ACTION** |

    The complaint in the above-captioned case contains individual and class allegations, but no answer has been filed and no action has been taken in the matter. Now, plaintiff has filed a Voluntary Notice of Dismissal of the Action, seeking dismissal of the entire case with prejudice as to the individual claims and without prejudice as to the class claims. (See Dkt. 16).

    Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed** with prejudice as to plaintiff and without prejudice as to the class.

Dated this 16th day of July, 2019.

                                                         /s/<br>                                        Fernando M. Olguin<br>                                      United States District Judge